# Third District Court of Appeal
## State of Florida

Opinion filed July 6, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-2079
Lower Tribunal No. F18-16167
_____

**Anthonys Jomar Calderon,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal conducted pursuant to Anders v. California, 386 U.S. 738 (1967), from the Circuit Court for Miami-Dade County, Ellen Sue Venzer, Judge.

Anthonys Jomar Calderon, in proper person.

Ashley Moody, Attorney General, for appellee.

Before LOGUE, HENDON and BOKOR, JJ.

PER CURIAM.

Affirmed.